**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**ALLEN CLARKSON** **PLAINTIFF**

**v.** **Case No. 2:25-cv-00175-KGB**

**RED RIDER SERVICES LLC, *et al*** **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Allen Clarkson and defendants Red Rider Services LLC and John Fessler's (collectively the "Parties") joint stipulation of dismissal (Dkt. No. 31). This stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (Dkt. No. 31). The Court dismisses the action with prejudice, with the Parties to bear their own costs, attorney's fees, and expenses of litigation.

The Court denies as moot all pending motions (Dkt. Nos. 24; 25; 30).

It is so ordered this 11th day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge